No. 227. WASSERMANN v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied. *Jacob Rassner* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Robert W. Bush,* Assistant Attorney General, for respondent.

No. 239. FARMERS UNION CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Ralph A. Yeo* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for respondent.

Nos. 249 and 250. SUN OIL CO. v. FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *John A. Ward III, Robert E. May, Omar L. Crook* and *Martin A. Row* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, John G. Laughlin, Jr., Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for respondent.

No. 255. FEDERAL TRADE COMMISSION v. TIMKEN ROLLER BEARING CO. C. A. 6th Cir. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Loevinger, J. William Doolittle, Robert B. Hummel, Irwin A. Seibel, James McI. Henderson* and *Alvin L. Berman* for petitioner. *John G. Ketterer* for respondent.

No. 270. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *George H. Koster* for petitioner. *Solicitor General Cox* for the United States.